**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7384

PHILLIP MARK SHAFER,

                              Petitioner - Appellant,

        versus

STATE OF MARYLAND,

                              Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, District Judge. (8:07-cv-02088-PJM)

Submitted:  January 22, 2008      Decided:  February 29, 2008

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip Mark Shafer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Mark Shafer appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we deny Shafer's motion for appointment of counsel and affirm for the reasons stated by the district court. See Shafer v. Maryland, No. 8:07-cv-02088-PJM (D. Md. filed Aug. 23, 2007 & entered Aug. 24, 2007). We also deny Shafer's request for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -